UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In Re:                                               Case No.: 9:14-bk-12051-FMD

WILLIAM T COUGHLIN

    Debtor(s).                                    Chapter 13
_____/

[#_3_ AMENDED (if applicable)] CHAPTER 13 PLAN

**CHECK ONE:**

__X__ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1. MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of ___60___ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

A.  $1,350.00  for months __01__ through __10__;
B.  $2,262.00  for months __11__ through __60__;

To pay the following creditors:

**2.  ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $ 4,100.00  Total Paid Prepetition $ 1,500.00  Balance Due $ 2,500.00**

**Estimated Additional Fees Subject to Court Approval $_____**

**Attorney's Fees Payable through Plan $520.00 Month 1 - 5 (subject to adjustment)**

_____
[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| | | |
| | | |

4. **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

    **(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

    **(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim | Amt. | Value | Pmt. | Interest @___% |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ _____% |
|---|---|---|---|---|---|
| N/A | Multibank | Personal Property | $7,626.00 | | 4.75% |
| | | | | | |
| | | | | | |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| 0005 | Harley Davidson Financial | 2014 Harley Davidson |
| | | |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| | | |
| | | |
| | | |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## 6. LEASES/EXECUTORY CONTRACTS.

| Last 4 Digits of Acct No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $ 102,736.00 .

8. **ADDITIONAL PROVISIONS:**

   (A)  Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

   (B)  Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court. 5

(C) Property of the estate (check one)*

(1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

(2) __X__ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (a) or (b) above, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

## 9. NONCONFORMING PROVISIONS:

_____
_____
_____

/s/ Will T. Coughlin                               Dated: 10/15/15
Debtor

5

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 28th day of October, 2015.

                                                  /s/ Robert D DeLeon, Esq.
                                                  Robert D DeLeon, Esq.
                                                  Attorney for Debtor
                                                  Kaufman, Englett & Lynd, PLLC
                                                  150 N Orange Avenue, Suite 100
                                                  Orlando, FL 32801
                                                  Telephone: 407.513.1900
                                                  Facsimile: 407.309.5900
                                                  Florida Bar No.: 93901

```
Label Matrix for local noticing          Capital One Auto Finance              MULTIBANK 2009-1 RES-ADC VENTURE, LLC
113A-9                                   c/o Ascension Capital Group           c/o Mark S. Roher, Esq.
Case 9:14-bk-12051-FMD                   Attn: Michael Aiken                   Jones Walker LLP
Middle District of Florida               PO Box 201347                         201 S. Biscayne Blvd.
Ft. Myers                                Arlington, TX 76006-1347              Suite 2600
Wed Oct 28 14:42:20 EDT 2015                                                   Miami, FL 33131-4341

United States Trustee - FTM7/13 7        21st Century Oncology                 American Express
Timberlake Annex, Suite 1200             8991 Brighton Lane                    P.O. Box 360002
501 E Polk Street                        Bonita Springs, FL 34135-7505         Chuluota, FL 32766
Tampa, FL 33602-3949


American Express Bank, FSB               American InfoSource LP as agent for   (p)BANK OF AMERICA
c o Becket and Lee LLP                   DIRECTV, LLC                          PO BOX 982238
POB 3001                                 PO Box 51178                          EL PASO TX 79998-2238
Malvern, PA 19355-0701                   Los Angeles, CA  90051-5478


Bank of America, N.A.                    Capital 1 Bank                        Capital One Auto Finance
P O Box 982284                           Attn: Bankruptcy Dept.                3905 N Dallas Pkwy
El Paso, TX 79998-2284                   Po Box 30285                          Plano, TX 75093-7892
                                         Salt Lake City, UT 84130-0285


Capital One Auto Finance, c/o Ascension Capi   Credit First                    Credit First NA
P.O. Box 201347                          PO BOX 81410                          PO Box 818011
Arlington, TX 76006-1347                 Cleveland, OH 44181-0410              Cleveland OH 44181-8011


Department of Revenue                    Harley Davidson Financial             Harley-Davidson Credit Corp.
PO Box 6668                              Attention: Bankruptcy                 PO Box 9013
Tallahassee, FL 32314-6668               Po Box 22048                          Addison, Texas 75001-9013
                                         Carson City, NV 89721-2048


IRS                                      Internal Revenue Service              Medical Data Systems I
PO Box 16226                             P.O. Box 7346                         2150 15th Ave
Philadelphia, PA 19114-0226              Philadelphia, PA 19101-7346           Vero Beach, FL 32960-3436


Multibank 2009-1 RES-ADC                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC  United Recovery Systems
VENTURE LLC                              PO BOX 41067                          PO Box 722929
700 NW 107 AVE                           NORFOLK VA 23541-1067                 Houston, TX 77272-2929
STE 400
Miami, FL 33172-3139


Jon Waage                                Roberto D DeLeon                      William T. Coughlin
P O Box 25001                            Kaufman, Englett & Lynd, PLLC         5801 Sabal Palm Lane
Bradenton, FL 34206-5001                 150 N. Orange Avenue, Suite 100       Punta Gorda, FL 33982-2063
                                         Orlando, FL 32801-2317
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Multibank 2009-1 RES-ADC Venture, LLC
c/o Mark S. Roher, Esq.
Jones Walker LLP
201 S. Biscayne Blvd., Suite 2600
Miami, FL 33131-4341

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27