ORDERED.

Dated: November 30, 2015

_____
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

WILLIAM T. COUGHLIN            CASE NO.: 9:14-bk-12051-FMD

    Debtor.                                   CHAPTER 13

_____/

**ORDER ON VERIFIED MOTION FOR VALUATION OF COLLATERAL AND ALLOWING BALANCE OF CLAIM OF MULTIBANK 2009-1 RES-ADC VENTURE, LLC (CLAIM NO. 04) AS GENERAL UNSECURED CLAIM**

This cause having come before this Court on the Debtors' Verified Motion for Valuation of Claim and Allowing Balance of Claim of MULTIBANK 2009-1 RES-ADC VENTURE, LLC (Doc. 24) as to its lien on property of the Debtor and the Court finds as follows:

1. The Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of the date of service;

2. No party filed an objection within the time permitted; and

3. The Court therefore considers the matter unopposed.

**IT IS THEREFORE**,

**ORDERED** that Debtors' Verified Motion for Valuation of Claim and Allowing Balance of Claim as General Unsecured Claim is GRANTED, and Creditor, MULTIBANK 2009-1 RES-ADC VENTURE, LLC, shall have an allowed secured claim of $7,625.79 payable at the interest rate of 4.75%, and the balance is allowed as a general unsecured claim only.

Attorney, **Robert DeLeon, Esq.**, is directed to serve a copy of this Order on the interested parties listed below, and file a proof of service within 3 days of entry of the Order.

**Copies Furnished To:**

**Debtor,** William T. Coughlin, 5801 Sabal Palm Lane, Punta Gorda, FL 33982;;
**Debtor's Attorney,** Robert DeLeon, c/o Kaufman, Englett & Lynd, PLLC, 150 N. Orange Avenue, Suite 100, Orlando, FL 32801;
**Trustee,** Jon Waage, PO Box 25001, Bradenton, FL 34206;
**Creditor,** MULTIBANK 2009-1 RES-ADC VENTURE, LLC, 700 NW 107 Ave., Ste. 400,
Miami, FL 33172; and
**Creditors Attorney,** Mark S. Roher, 201 Biscayne Blvd., Ste. 2600, Miami, FL 33131.