ORDERED.

Dated:  May 02, 2016

/s/ Caryl E. Delano
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

WILLIAM T. COUGHLIN,                                    Case No. 9:14-bk-12051-FMD

       Debtor.                                                    Chapter 13
_____/

**AGREED ORDER ON MULTIBANK 2009-1 RES-ADC VENTURE, LLC'S OBJECTION TO CONFIRMATION OF THIRD AMENDED CHAPTER 13 PLAN**

THIS CASE came on for consideration upon creditor Multibank 2009-1 RES-ADC Venture, LLC's ("Multibank") Objection to Confirmation of Third Amended Plan (the "Objection") (Doc. No. 39) and the Debtor's Response (Doc. No. 42).  By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.  The Court having reviewed Multibank's Objection and the Debtor's Response and noting that the parties agree to the entry of this order and being otherwise fully advised on the premises, it is

**ORDERED** and **ADJUDGED** that:

1.    The Objection is sustained, in part, and overruled, in part.

{M1157254.1}

    2.       The Debtor shall file an amended Chapter 13 plan, which increases the payments due to unsecured creditors by $12,500.00 such that the dividend to unsecured creditors shall be no less than $115,236.00.

###

[Attorney Stephen P. Drobny, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order]